United States District Court
Southern District Of Texas
FILED

FEB 1 5 2020

David J. Bradley, Clerk

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| v. | ) |
| | ) Case No. M-20-0430-M |
| Jorge Alfonso ESTRADA Marroquin (Y.O.B. 1969) | ) |
| Citizenship: Mexico | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 14, 2020  in the county of  Hidalgo  in the  Southern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 <br> 21 USC § 841 | Knowingly and intentionally import into the United States from Mexico approximately 22 kilograms of methamphetamine, a Schedule II controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 22 kilograms of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

/s/ Evan Ratcliff
*Complainant's signature*

Evan Ratcliff, HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to Printed name and title and attested telephonically per FED.R.CR.4.1, and probable cause found on:
Sworn to before me and signed in my presence.

Date: 2/15/2020 @ 12:44 PM

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

City and state:  McAllen, Texas

Approved by Robert Guerra
AUSA

## Attachment A

On February 14, 2020, at approximately 1155 HRS, a silver 2010 Chrysler Sebring entered the United States from Mexico for inspection at the Anzalduas, Texas, Port of Entry (POE). United States (US) Customs and Border Protection Officers (CBPO) identified the driver as Jorge Alfonso ESTRADA Marroquin, a Citizen of Mexico. CBPOs obtained a negative declaration from ESTRADA Marroquin for narcotics or other contraband in the vehicle. ESTRADA Marroquin stated he was coming in to go shopping in the Rio Grande Valley.

While processing the entry, CBPOs noticed that ESTRADA Marroquin had been associated with a prior narcotics seizure of methamphetamine in Laredo, Texas, on February 8, 2020. That seizure involved a hidden compartments inside of a Ford Lobo truck entering the United States from Mexico. CBP records indicated that ESTRADA Marroquin previously entered the US in the same Ford Lobo truck in December 2019. CBPOs referred ESTRADA Marroquin to secondary inspection where the Chrysler was examined by both X-ray and a CBP K-9. CBPOs advised they observed non-factory anomalies in the rocker panels of the Chrysler and located multiple trap-door compartments in the body of the car holding 40 plastic-wrapped packages containing a white, crystalline substance that tested positive for the properties of methamphetamine, a Schedule II Controlled Substance. The total weight of the packages was approximately 22 kilograms.

Homeland Security Investigations (HSI) Special Agents (SA) responded to the POE and conducted a custodial interview of ESTRADA Marroquin. ESTRADA Marroquin initially denied any knowledge of contraband in the vehicle and stated he was coming to shop in Mercedes, Texas. After changing his story twice, ESTRADA Marroquin admitted to SAs that he while he had been serving time in a prison in Mexico that he was recruited by a fellow inmate, whom he knew to be a member of the Los Zetas cartel, to transport narcotics from the US to Mexico. ESTRADA Marroquin claimed that he told them he would not transport drugs, but instead agreed to bring money back for the organization. ESTRADA Marroquin told SAs that he believed he was transporting proceeds from narcotics sales concealed in compartments of the vehicle to Mexico. ESTRADA Marroquin claimed that the organization tasked him on this occasion to drive to San Antonio, Texas, where he would meet with unidentified individuals who would take the vehicle from him and give it back the following day.

When confronted with the information about the Ford Lobo pick-up truck, ESTRADA Marroquin admitted that he was previously tasked by the organization to register and drive the Ford Lobo. ESTRADA Marroquin claimed he had been ordered to drive the Ford to Houston, Texas, for the purposes of bringing money back to Mexico and was paid $50,000 MX for the trip. ESTRADA Marroquin further stated that during that trip he noticed that the truck needed to be refueled frequently which lead him to believe the gas tank had been modified. HSI SAs discussed the use of hidden compartments in gas tanks to transport narcotics with ESTRADA Marroquin. He admitted he knew that narcotics are imported into the United States from Mexico concealed in gas tanks and that when he noticed the gas tank in the Ford had been modified that he called his contacts about the issue. ESTRADA Marroquin claimed the organization told him the tank had been modified to conceal drug proceeds that ESTRADA Marroquin would transport back to Mexico.

ESTRADA Marroquin stated that the organization provided this Chrysler to him, asked him to register it in his name, and that it had been in their possession up until the day before his trip into the United States (the day before this seizure). Based on my training and experience, I believe that ESTRADA Marroquin was minimizing his knowledge about his involvement in the incident. ESTRADA Marroquin knew that he had been working for the organization, that he knew the vehicles he was using were capable of transporting narcotics, that frequently narcotics are smuggled into the United States from Mexico, and that even if he was transporting currency back into Mexico that it was likely proceeds from narcotics trafficking. I believe that based on ESTRADA Marroquin's statements that he was aware that he each time he crossed a vehicle for the organization that it was likely that it contained a controlled substance and that he continued to do it in expectation of being paid on his return to Mexico.